Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
_Western_ District of _New York_

_____ Division

Case No. **25 CV 506 - S**

_(to be filled in by the Clerk's Office)_

Jason.B.Adams

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Jury Trial: _(check one)_  ☒ Yes  ☐ No

-v-

ERIC Place
Lenore Foot-Beavers
State of New York
Erie County Correctional facility
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

UNITED STATES DISTRICT COURT
FILED
JUN 12 2025
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Jason.B.Adams, Icn ~~6~~ 64740
Street Address — 11581 Walden Avenue
City and County — Alden          Erie
State and Zip Code — New York     14004
Telephone Number — 716-937-5585
E-mail Address — None at this time

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed. ERIC Place (individual working for Government agency Judge) Lenore Foot-Beavers (individual working for Government agency) Erie County Correctional facility (government) New York State (government agency).

Page 1 of 5

Defendant No. 1

Name ERIC Place

Job or Title (if known) Judge for Sardina

Street Address 12320 SavAge RD P.O. Box 205

City and County Sardina       ERie

State and Zip Code New York      14134

Telephone Number 716- 496 - 8903

E-mail Address (if known) UNKnown

Defendant No. 2

Name Lenora Foot-BEAVERS

Job or Title (if known) ERIE County Family Court Judge

Street Address One Niagara PlazA

City and County Buffalo       Erie

State and Zip Code New York      14202

Telephone Number 716-845-9435

E-mail Address (if known) UNKnow

Defendant No. 3

Name State of New York

Job or Title (if known) Government (law makers)

Street Address Corning Tower Suite 2301     (The Capital)

City and County Albany          Albany

State and Zip Code New York         12223

Telephone Number unKnown

E-mail Address (if known) UnKnown

Defendant No. 4

Name ERIE County Correctional Facility

Job or Title (if known)

Street Address 11581 Walden AveNUE

City and County Alden          Erie

State and Zip Code New York      14004

Telephone Number 716 - 937 - 5585

E-mail Address (if known) UNKNOWN

## II.    Basis for Jurisdiction .

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 5th, 8th 13th, 14th Amendments violated Human rights laws both United States and U.N.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* N/A , is a citizen of the State of *(name)* _____

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* N/A , is a citizen of the State of *(name)* N/A . Or is a citizen of *(foreign nation)* N/A

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* ___N/A_____ , is incorporated under

the laws of the State of *(name)* ___N/A_____ , and has its

principal place of business in the State of *(name)* ___N/A_____ .

Or is incorporated under the laws of *(foreign nation)* ___N/A_____ ,

and has its principal place of business in *(name)* ___N/A_____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

(Nothing in Controversy) I am asking in Relief for damages 30 million dollars.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Both ERIC Place and Lenora Foot-BEAVERS deprived me of my right to Free Speech, and my right to defend one's self in Court. They Both deprived me of property that I have owned for more that 4 years with out due process. They have deprived me of my rights of life, liberty and happiness. without due process. They have made me a slave without a name I am only a number now. They Have deprived me my rights of Due process of law and have taken me from my family my Children with out Due process of law. See Attach. page for more Info.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Asking in damages and Relief 30 million dollars. also to have any and All missed taxes paid on my property due to my rights Being violated. I now have P.T.S.D. from being in Jail and being forced to strip Search and Cuffed and chained. not able to sleep because of night towers. I'm in physical pain form being forced to sleep and lie on Steel Beds with no mattres of any cushing. I lose of money from not working. my family's lose of money coming from me. The pain of Not being with my children, Time lost we

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    6- 6  - 2025

Signature of Plaintiff

Printed Name of Plaintiff    Jason. B. Adams

### B.    For Attorneys

Date of signing:    N/A

Signature of Attorney    N/A
Printed Name of Attorney    N/A
Bar Number    N/A
Name of Law Firm    N/A
Street Address    N/A
State and Zip Code    N/A
Telephone Number    N/A
E-mail Address    N/A

JOHN FLOWERS
COMMISSIONER OF DEEDS
In and For the City of Buffalo, Erie County, NY
My Commission Expires Dec. 31/20 __

Jason. B. Adams. Attached page #1                    6-6-2025.

   The State of New York in making laws that violate my Civil rights under the Constition of the United Stats. by depriving me of my property. my life and liberty with due process of law: InJustly taking away ones freedom, New York state laws making me a slave to the state with out Conviction or due process of law. Placing me into involuntary servitude taking my name and replacing it with a number and making me no longer human but Justa numbe.
   Erie County Correctional facility violating my Human and Civil rights both federal, State and laws made by the United Nations and signed by the United States (World laws).
   I am being forced to shower with other people, With male and female gards being able to see my naked body. being forced to use unclean bathrooms with no doors or walls along with other people in the bathrooms agin with male and female Gards looking when ever they want. being fored to naked Searchs, being chained and cuffed aginst my will if I do not do as I am told I will be placed in a "The Box" for days or weeks, Being forced to drink unclean warter from unclean sinks. forced to eat Substandarnd food, or starve. No to littel medical Care, All in violation of my Human and Civil rights.

(On Back) →

Clerk,
     please let me know if you need need more info is needed
also please let me know the next steps going forward
     Im also asking to have my fees waived I am
in Jail at this time and have no money.
                    Thank you.